# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LORI G. DELEO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:18-cv-00476 |
| CITIZENS FINANCIAL GROUP, INC., | ) ) ) |
| Defendant. | ) ) |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), by and between the undersigned counsel for the parties herein, that the above-captioned action, and all claims, cross-claims, counterclaims, or other claims, is dismissed in its entirety with prejudice and without attorneys' fees, costs or disbursements to either party and waiving all rights of appeal.

Respectfully submitted,

LORI G. DELEO,

By her attorneys,

DOUGLAS, LEONARD & GARVEY, P.C.

Dated:  September 9, 2019        /s/ *Benjamin T. King*
Benjamin T. King, NH Bar #12888
14 South Street, Suite 5
Concord, NH 03301
(603) 224-1988
benjamin@nhlawoffice.com

and

CITIZENS FINANCIAL GROUP, INC.

By its attorneys,

DEVINE, MILLIMET & BRANCH, P.A.

Dated: September 9, 2019 /s/ *Christopher D. Hawkins*
Christopher D. Hawkins, NH Bar #10005
111 Amherst Street
Manchester, NH 03101
(603) 695-8530
chawkins@devinemillimet.com

and

CITIZENS FINANCIAL GROUP, INC.

By its attorneys,

PROSKAUER ROSE LLP

Dated: September 9, 2019 /s/ *Mark W. Batten*
Mark W. Batten, MA BBO#566211, (*phv*)
Rebecca J. Sivitz, MA BBO#684347, (*phv*)
One International Place
Boston, MA 02110
(617) 526-9600
mbatten@proskauer.com
rsivitz@proskauer.com